**Troy MOORE, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent**

**No. 201 EM 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

**William D. TURNER, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Attorney General of Philadelphia, District Attorney of Philadelphia and Superintendent of SCI Frackville, Respondents**

**No. 206 EM 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.